# Third District Court of Appeal
## State of Florida

Opinion filed September 24, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0725
Lower Tribunal No. F21-15718
_____

**Laguan Demetric Ward,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Daryl E. Trawick, Judge.

Carlos J. Martinez, Public Defender, and Amy Weber and Jennifer Rose Thornton, Assistant Public Defenders, for appellant.

James Uthmeier, Attorney General, and David Llanes Assistant Attorney General, for appellee.

Before EMAS, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See McD. v. State, 422 So. 2d 336, 337–38 (Fla. 3d DCA 1982); Lewis v. State, 693 So. 2d 1055, 1058 (Fla. 4th DCA 1997); Williams v. State, 397 So. 3d 1061, 1062–63 (Fla. 4th DCA 2024).